**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000071
27-APR-2022
07:56 AM
Dkt. 82 ODMR**

NO. CAAP-18-0000071
(Consolidated with Nos. CAAP-18-0000312 and CAAP-18-0000388)


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


**CAAP-18-0000071**
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST,
NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION
TRUST, Plaintiff-Appellee,
v.
TERRANCE RYAN; LUCILLE RYAN, Defendants-Appellants,
and
FIRST LIGHT ENTERPRISES LLC; BLUE WATER ALLIANCE, LLC;
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE
CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL
UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC121000306)


and


**CAAP-18-0000312**
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST,
NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION
TRUST, Plaintiff-Appellee,
v.
TERRANCE RYAN; LUCILLE RYAN, Defendants-Appellants,
and
FIRST LIGHT ENTERPRISES LLC; BLUE WATER ALLIANCE, LLC;
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE
CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL
UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC121000306)


and

**CAAP-18-0000388**

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Plaintiff-Appellee,

v.

TERRANCE RYAN; LUCILLE RYAN, Defendants-Appellants,

and

FIRST LIGHT ENTERPRISES LLC; BLUE WATER ALLIANCE, LLC;

and

JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC121000306)

**ORDER**
(By: Ginoza, Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Motion for Reconsideration filed by Defendants-Appellants Terrence Ryan and Lucille Ryan on April 21, 2022, the papers in support, and the record, it appears that the court did not overlook or misapprehend any point of law or fact when it entered the April 11, 2022 Summary Disposition Order. A motion to extend a deadline does not toll the deadline.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, April 27, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge